# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BOARDS OF TRUSTEES, ET AL., : | |
| : | |
| Plaintiffs, : | |
| : | Case No. 10–CV-550 |
| v. : | |
| : | JUDGE ALGENON L. MARBLEY |
| O.C.I. CONSTRUCTION, INC., ET AL. : | |
| : | Magistrate Judge Terence P. Kemp |
| : | |
| Defendants. : | |

## ORDER GRANTING MOTION TO LIFT STAY

This matter comes before the Court on Plaintiffs' motion to lift the previously-ordered stay in this case. (Dkt. 40.) Plaintiffs submit that the grievance and arbitration process which was the underlying basis for the stay ordered by this Court on March 3, 2011, has been resolved. They therefore request that the stay be lifted and the action be reinstated. Defendant joins in the request. Good cause appearing and upon the agreement of parties, the Motion is hereby **GRANTED**, and the stay on the action is lifted.

The parties are **ORDERED** to observe the following pretrial schedule:

| | |
|---|---|
| March 21, 2012 | Deadline for amendments to pleadings/additions of parties |
| June 15, 2012 | Discovery cutoff |
| July 15, 2012 | Deadline for filing dispositive motions |

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: March 8, 2012**